Miguel Orozco-Ramirez
4301 S Shary Road, Apartment 1223
Mission, TX 78572
Phone: 956-540-1700
Email: ZCO30@yahoo.com

December 9, 2025

United States Courts
Southern District of Texas
FILED

DEC 16 2025

Nathan Ochsner, Clerk of Court

United States District Court
Southern District of Texas
Houston Division

**Re: United States of America v. Miguel Orozco-Ramirez** Case No. 4:14-cr-00094-003

## Defendant's Pro Se Motion for Early Termination of Supervised Release

To the Honorable Judge Rosenthal:

I, Miguel Orozco-Ramirez, Pro Se Defendant in the above-captioned case, respectfully move this Court for early termination of my supervised release pursuant to 18 U.S.C. § 3583(e)(1). In support of this motion, I state the following:

1. I have been on supervised release since April 8, 2024.
2. Prior to that, I was on home confinement from May 14, 2020, until April 8, 2024.
3. During my supervised release and home confinement, I have complied fully with all terms and conditions, including reporting as required, maintaining employment, and completing all treatment programs, with all drug tests returning negative results and no disciplinary issues or violations.
4. I have informed my assigned probation officer of the filing of this motion, and they are aware of my request.
5. I have maintained an exemplary record, am self-sufficient, and have strong family ties that provide me with emotional support and stability.

### Legal Standard
Under 18 U.S.C. § 3583(e)(1), a court may terminate a term of supervised release at any time after one year if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice. In determining whether early termination is appropriate, the Court considers the factors set forth in 18 U.S.C. § 3553(a).

### Additional Statement of Miguel Orozco-Ramirez
Nelson Mandela once said that in prison, you have an opportunity to know who you really are as you see the negative aspects of yourself and, if you're willing, you can use that time to change. I took this to heart. Although it did not happen overnight, I turned my life around and continue striving daily to become a better person.

When I was incarcerated, I left behind a wife, a two-year-old, and an eight-month-old baby. I used to tell myself that what I was doing was for them, but in truth, I was being selfish and unwilling to be the husband and father they needed. In prison, I learned empathy by witnessing the harm caused by the drug trade — seeing families destroyed and children growing up without parents made me realize the damage my actions had caused. That realization changed me profoundly.

During incarceration, I dedicated myself to rehabilitation by completing educational and vocational programs. I earned a Department of Labor certificate as a Teacher's Aid Apprentice, a food handler's certificate from the National Restaurant Association, and learned to drive tractors while working on a golf course at the Millington, TN Navy Base. I also served as an ESL tutor and GED instructor for inmates at FCI Memphis and completed two non-residential drug treatment programs. I grew spiritually and made my confirmation in the Catholic Church.

Released to home confinement under the CARES Act on May 14, 2020, I focused on rebuilding my family and contributing to my community. I now assist my wife with household and business duties, support my children in their education and activities, and work evenings with Uber. I am also developing a faith-based entertainment production company and collaborating on a family-values film project. Early termination of supervised release would enable me to pursue legitimate business opportunities requiring travel and professional flexibility.

I do not deny my past mistakes; rather, I have used every phase of incarceration, home confinement, and supervised release to take responsibility and transform my life for the benefit of my family and community.

**Request for Relief**

For the foregoing reasons, and pursuant to 18 U.S.C. § 3583(e)(1), I respectfully request that this Court grant early termination of my supervised release. I have demonstrated full compliance, stable reintegration, and a sustained commitment to a law-abiding and productive life.

Thank you for your time and consideration.

Respectfully submitted,

Miguel Orozco-Ramirez
Pro Se Defendant

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing Motion for Early Termination of Supervised Release was mailed to the United States Attorney's Office, Southern District of Texas, 1000 Louisiana Street, Suite 2300, Houston, TX 77002, on this _12_ day of _December_, 2025.

Miguel Orozco-Ramirez
Pro Se Defendant

Miguel Orozco-Ramirez
4301 S. Shary Road, Apartment 1223
Mission, TX 78572
Phone: (956) 540-1700
Email: ZCO30@yahoo.com

December 9, 2025

Clerk of Court
United States District Court
Southern District of Texas – Houston Division
515 Rusk Street
Houston, TX 77002

**Re: United States of America v. Miguel Orozco-Ramirez** Case No. 4:14-cr-00094-003

Dear Clerk of Court:

Enclosed please find my **Pro Se Motion for Early Termination of Supervised Release**, which I respectfully request be filed in the above-captioned case. A signed **Certificate of Service** is included, showing that a copy of this motion has been mailed to the United States Attorney's Office for the Southern District of Texas.

Please kindly file the enclosed motion and forward a copy to the Honorable Judge assigned to my case.

Thank you for your time and assistance.

Respectfully submitted,

Miguel Orozco-Ramirez
Pro Se Defendant