Probation Form No. 35A
(12/2016)

United States District Court
Southern District of Texas
**ENTERED**
January 08, 2026
Nathan Ochsner, Clerk

Report and Order Terminating Supervision Only, Before Original Expiration Date

## United States District Court
### for the
### Southern District of Texas

United States of America
Versus
**Miguel Orozco-Ramirez**

Criminal Case: **4:14CR00094-003**

On November 6, 2015, this defendant was placed on Supervised Release for five years. The defendant has complied with the court's restrictions and no longer needs supervision. It is recommended that supervision only be terminated.

Respectfully submitted:

*Maria D. Paredes* For
**Maida Olivares**
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervision only. Jurisdiction continues through April 7, 2029.

Signed January 8, 2026 at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge